JULIAN J. LUSTER, Claimant-Appellee, *v.* ESTATE OF SAMUEL S. COHON, Deceased, Respondent-Appellant.

(No. 57239;

First District (5th Division)—April 13, 1973.

PER CURIAM.

Much and Shelist, of Chicago, for appellant.

Julian J. Luster, *pro se.*